IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TRAVIS R. NORWOOD,

        Plaintiff,

v.                                            CIVIL ACTION NO. 2:20-cv-00299
                                                             2:20-cv-00350

BETSY JIVIDEN, et al.,

        Defendants.

**ORDER**

    Before the Court is Plaintiff's Motion of Entry of Default Judgment, (ECF No. 43), and Motion for Entry of Default, (ECF No. 44). By standing order entered on January 4, 2016, and filed in this case on May 21, 2020, (ECF No. 5), this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Tinsley entered his PF&R on November 8, 2022, recommending this Court deny Plaintiff's Motions for Entry of Default and Default Judgment. (ECF No. 66.)

    This Court is not required to review, *de novo* or under any other standard, factual or legal conclusions contained within the PF&R to which no objections were addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory

objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on November 25, 2022. To date, no objections have been filed. Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 66), and **DENIES** Plaintiff's Motions for Entry of Default and Default Judgment. This matter remains referred to Magistrate Judge Tinsley.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 5, 2022

_____

THOMAS E. JOHNSTON, CHIEF JUDGE